UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Pedro Ramos

                              Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-   ( )( )

Defendant __Pedro Ramos__ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

__X__    Initial Appearance Before a Judicial Officer

___    Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Bail/Detention Hearing

___    Conference Before a Judicial Officer

_____Tamara Giwa for Pedro Ramos_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

**Pedro Ramos**
Print Defendant's Name

_____[signature]_____
Defendant's Counsel's Signature

**Tamara Giwa**
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

**July 23, 2020**
Date

_____[signature]_____
U.S. District Judge/U.S. Magistrate Judge